**ALABAMA DEPARTMENT OF CORRECTIONS**
**MAJOR INSTITUTIONS – BEHAVIOR CITATION**

LCF **02-7211**

INMATE: Daniel Miner      AIS: W/178156      CELL/DORM/BED #: 9-29B
FACILITY: Limestone Correctional Facility      JOB ASGMT: ____      CUSTODY: Medium

The above named inmate is cited by Officer John Vaughn for the following violation(s) of Administrative Regulation #403 Rule No. 85 described as: Violation of Institutional Rules and Regulations. Specifically, Failure to Obey an Officer's Instructions. Inmate Daniel Miner, W/178156, refused to shave when ordered to do so.

Date of Infraction: 05-05-2005                Time of Infraction: 5:20 (am/**pm**)

_____
Citing Employee's Signature / Date

I have investigated the circumstances surrounding this citation and recommend that the following sanction(s) be taken against this inmate:

( ) Counseling/Warning
(√) Loss of Canteen Privileges for 45 days
(√) Loss of Visitation Privileges for 45 days
(√) Extra Duty for 45 days at 2 hours per day under supervision of 2nd shift
( ) Removal from good time earning status
(√) Referral to Classification for custody review

(√) Loss of Telephone Privileges for 45 days
( ) Removal from Incentive Program
( ) Removal from Hobby Crafts Program

_Daniel Miner 178156 5/10/05_
Inmate's Signature / AIS / Date

_Sgt. Brian Watson 5-10-05_
Shift Supervisor's Signature / Title / Date

After having reviewed this citation and the recommended sanction(s) presented, the following action is approved:
(√) Citation and sanctions are approved
( ) Citation and sanctions are approved as modified below:

_____

( ) Citation and sanctions are disapproved and formal disciplinary action is to be immediately initiated under the provisions of ADOC AR 403
( ) Citation and sanctions are disapproved. Expunge action from inmate's file.

5-19-05
Effective Date of Sanctions

_L. Wallace, COSII, 5-12-05_
Warden / Designee's Signature / Date

Inmate receipt of completed action:

Serving Officer's Initials _WP_

_Daniel Miner 178156 5/11/05_
Inmate's Signature / AIS / Date

Distribution:    ( ) Captain          ( ) Shift Cmdr ____ Shift    ( ) Business Office    ( ) ICS
                 ( ) Psychologist     ( ) Classification                ( ) Central Records    ( ) File

Plaintiff's Exhibit "A"