**FORM 22**

## 24 HOUR ADVANCE NOTIFICATION OF
## PENDING RECLASSIFICATION

TO: Miner, Daniel _____ 178156 _____    W/M _____    05/18/2005 _____
     **NAME**          **AIS #**                   **R/S**              **DATE**

**Notice of Reclassification:** This is to inform you that on the 19th    day of May _____ , 20 05 , you will meet a reclassification team to be considered for change in custody and/or institutional assignment because: Placement into administrative segregation to insure the orderly operation of the Protective Custody unit & based on the policy established by Warden Mitchem. On 05/05/2005 according to the incident report inmate Miner did refuse to shave after being instructed to do so by Officer Vaughn and was insubordinate in his resonce to officer Vaughn. This demonstrated behavior is inappropriate and disrupts the orderly operation of the Protective Custody unit. It is the policy of Warden Mitchem that inmates receiving disciplinary action due are to be reviewed for placement in administrative segregation.

This is not to re-try any disciplinary action. Any questions must be presented in writing at the hearing

This is not a disciplinary hearing. A reclassification team will review this matter and recommend changes, if needed, in your current placement and/or custody. At the reclassification meeting you will be given an opportunity to be heard, to present witnesses and to present documentary evidence.

_____ COI _____ 5-18-05 _____ _____
**NAME OF SERVING OFFICER**           **DATE**            **WITNESS**

I understand that this is my notice of a reclassification meeting to determine changes in placement and/or custody. I have been given the opportunity to call witnesses in my behalf and have received a copy of this notice on _____ 5-18-05 _____ at _____ 9:35 AM _____ .
         **DATE**                        **TIME**

_____ _____
**SIGNATURE OF INMATE**            **AIS #**

**WITNESSES REQUESTED BY INMATE:**

_____

_____ _____ **NONE**

PLAINTIFFS Exhibit B

**DISTRIBUTION: INMATE/INSTITUTIONAL FILE/CENTRAL FILE**