ALABAMA DEPARTMENT OF CORRECTIONS - PROGRESS REVIEW FORM -- MAY 19, 2005
(C00122)

AIS #: 00178156R   SSN: 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   RACE/SEX: W/M   DATE OF BIRTH: 10/01/1976
NAME: MINER, DANIEL            CUSTODY: MED9   SECURITY LEVEL: 4
INST: LIMESTONE CORRECTIONAL CENTER   TIME SRV: 12Y01M28   LAST DISC: 05 12 2005
CRME: MURDER                   MIN REL DT: 99/99/9999   ACTIVE DET: 0

DISC: VIOLATION OF INSTIT. RULES OR   PRL CONS: 11/01/2009   EDUCAT LEV: 12

WL/PGM: _____   PRIM OCCUP: UNKNOWN

RECOMMENDED INSTITUTION:   LCF-Admin. Seg.            RECOMMENDED CUSTODY: Med

JUSTIFICATION: Placement into administrative segregation to insure the orderly operation of tahe P.C. unit and in accordance with policy established by Warden Mitchem. ON 5/5/05 according to the incident report, inmate refused to shave when instructed to do so by an officer He was also insubordinate to the officer. Such demonstrated behavior is inappropriate for Inmates in P.C. and disrupts the orderly operation of the P.C. unit. The policy of Warden MItchem is that an inmate in PC who demonstrates behavior in violation of the rules and regulations In the DOC is reviewed for placement into administrative segregation.

I CERTIFY ENEMY LIST WAS REVIEWED AND UPDATED:                    APP. S/L: _____

_____ 5/19/05           _____ 5/19/05
CLASSIFICATION SPECIALIST   DATE    WARDEN OR DESIGNEE   DATE

_____ 5/19/05           _____
PSYCHOLOGIST/PSYCHOLOGIST'S ASSOC.   DATE    CLASSIFICATION COORDINATOR   DATE

CENTRAL REVIEW BOARD ACTION

APPROVED ___ DENIED; DIVERTED TO: ___   REASONS: _____

                                        _____   _____
                                        CRB MEMBER          DATE

APPROVED ___ DENIED; DIVERTED TO: ___   REASONS: _____

                                        _____   _____
                                        CRB MEMBER          DATE

APPROVED ___ DENIED; DIVERTED TO: ___   REASONS: _____

                                        _____   _____
                                        CRB MEMBER          DATE

FINAL DECISION: INST  LCF-Admin Seg   CUSTODY  med   DATE  5/19/05

DATE INMATE INFORMED:  5/19/05   INMATE'S SIGNATURE: _____

PLAINTIFF'S Exhibit "C"

ENTERED
5-20-05