| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Albert B. Coleman_ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery 4/25/05 |
| 1. Article Addressed to:<br>Perry Mathis<br>Clerk, USDC NDAL<br>140 US Courthouse<br>1729 5th Avenue North<br>Birmingham, AL 35203<br>2:05cv722-T | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 2510 0001 0150 5818 |

PS Form 3811, February 2004   Domestic Return Receipt transfer   102595-02-M-1540